JUDGE BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ~~NO. 05-5122M~~ |
| ) | NO.  CR05-5547FDB |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER GRANTING STIPULATED |
| KRISTOPHER KELLY NOLAN, ) | MOTION TO EXTEND INDICTMENT |
| SPENCER JOHN NOLAN, and ) | DEADLINE |
| TYLER LEE NOLAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Upon stipulation of the parties to continue the speedy indictment time to allow counsel to continue to investigate and negotiate this case, and upon the defendant's Waiver of Right to Speedy Indictment, the Court finds that such a continuance would serve the ends of justice, and that the failure to grant such continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, therefore,

//

//

//

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE          – 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

//

IT IS HEREBY ORDERED that the time to file an indictment be continued to September 26, 2005. The period of delay resulting from this continuance from August 27, 2005, to September 26, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this 17th day of August, 2005.

/s/ Franklin D Burgess
FRANKLIN D BURGESS
United States District Judge

Presented By:

/s/
Miriam F. Schwartz
Attorney for Defendant


/s/
William Redkey
Assistant United States Attorney


/s/
Phillip Brennan
Attorney for Tyler Nolan


/s/
Paula Tuckfield Olson
Attorney for Spencer Nolan

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE     – 2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710