JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | NO. CR05-5547FDB |
| )                                 | |
| Plaintiff,                        ) | |
| )                                 | |
| vs.                               ) | |
| )                                 | ORDER GRANTING STIPULATED |
| KRISTOPHER KELLY NOLAN,           ) | MOTION FOR CONTINUANCE |
| SPENCER JOHN NOLAN, and           ) | OF TRIAL DATE AND EXTENDING |
| TYLER LEE NOLAN,                  ) | PRETRIAL MOTIONS DEADLINE |
| )                                 | |
| Defendants.                       ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendants in a speedy trial, and that failure to grant the requested continuance would deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, therefore,

//

//

//

//

//

ORDER GRANTING STIPULATED MOTION
FOR CONTINUANCE OF TRIAL DATE            1

IT IS HEREBY ORDERED that the trial date in this case be continued to February 13, 2006, with a Pretrial Motions Deadline of October 31, 2005, and a Pretrial Conference scheduled for February 3, 2006. The period of delay resulting from this continuance from the current trial date of September 26, 2005 up to and including the new trial date of February 13, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B)

DONE this 13th day of September, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

/s/
Miriam F. Schwartz
Attorney for Defendant Kristopher K. Nolan

/s/
Michael E. Schwartz
Attorney for Defendant Spencer J. Nolan

/s/
Phil I. Brennan
Attorney for Defendant Tyler L. Nolan

/s/
William H. Redkey
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
FOR CONTINUANCE OF TRIAL DATE            2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**