1

2

3

4
                                                              Judge Burgess

5

6

7
                          UNITED STATES DISTRICT COURT
8                      WESTERN DISTRICT OF WASHINGTON
                                 AT TACOMA
9

10

11
                                                    NO.:   CR05-5547FDB
12    .. UNITED STATES OF AMERICA,
                                                    ORDER GRANTING STIPULATED
13                          Plaintiff,              MOTION FOR CONTINUANCE OF TRIAL
                                                    DATE AND EXTENDING PRETRIAL
14         vs.                                      MOTIONS DEADLINE

15    SPENCER JOHN NOLAN, KRISTOPHER
      KELLY NOLAN, and TYLER LEE NOLAN,
16

17                          Defendants.

18
              Upon the stipulated of the parties to continue the trial date in the above-captioned
19
      case, the Court finds that such a continuance would serve the ends of justice and outweigh the
20
      best interests of the public and the defendants in a speedy trial, and that failure to grant the
21
      requested continuance would deny the defendants the reasonable time necessary for effective
22
      preparation, taking into account the exercise of due diligence, and,
23

*STIPULATED MOTION, DECLARATION*                             *GEHRKE & BAKER*
 *AND AGREED ORDER - 1*                                      *22030 7TH AVE SOUTH SUITE 202*
                                                             *DES MOINES, WA 98198*
                                                             *206.878.4100*
                                                             *206.878.4101 FAX*

1

2        IT IS HEREBY ORDERED that the trial date in this case be continued from March

3   13, 2006 to May 30, 2006, with a Pretrial Motions Deadline of March 17, 2006.

4   The period of delay resulting from this continuance from March 13, 2006 up to and including

5   the new trial date of May 30, 2006, is hereby excluded for speedy trial purposes under 18

6   U.S.C. § 3161(h)(8)(A) and (B).

7        DATED this 1st day of March, 2006.

8

9

10

11                                              FRANKLIN D. BURGESS
                                                UNITED STATES DISTRICT JUDGE

12

    Presented by:
13   _/s/_____
    MICHAEL E. SCHWARTZ, WSBA #21824
14
    Attorney for Spencer Nolan
15   /s/_____
    MIRIAM F. SCHWARTZ
16   Attorney for Kristopher Nolan

17

    _/s/_____
18  PHILLIP BRENNEN
    Attorney for Tyler L. Nolan
19
    _/s/_____
20  WILLIAM H. REDKEY
    Assistant United States Attorney
21

22

23

    *STIPULATED MOTION, DECLARATION*              *GEHRKE & BAKER*
    *AND AGREED ORDER - 2*                  *22030 7TH AVE SOUTH SUITE 202*
                                              *DES MOINES, WA 98198*
                                                *206.878.4100*
                                              *206.878.4101 FAX*