|   |   |
|---|---|
|   | JUDGE FRANKLIN D. BURGESS |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | NO. CR05-5547FDB |
|             Plaintiff,     ) | |
|     vs.                              ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS' DEADLINE |
| KRISTOPHER KELLY NOLAN,     ) SPENCER JOHN NOLAN, and       ) TYLER LEE NOLAN,                 ) | |
|            Defendants.   ) | |

Upon the stipulation of the parties to continue the due date for pretrial motions in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, and that failure to grant the requested continuance would deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, therefore,

//

//

//

//

//

ORDER GRANTING STIPULATED MOTION
TO CONTINUE PRETRIAL MOTIONS' DEADLINE      1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

IT IS HEREBY ORDERED that the date for pretrial motions in this case be continued to April 6, 2006.

DONE this 22nd day of March, 2006.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

/s/
Miriam F. Schwartz
Attorney for Defendant Kristopher K. Nolan


/s/
Phil I. Brennan
Attorney for Defendant Tyler L. Nolan


/s/
Michael E. Schwartz
Attorney for Defendant Spencer J. Nolan


/s/
William H. Redkey
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE PRETRIAL MOTIONS' DEADLINE     2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**